# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:

Christy Dawn Curd                                    Case Number:   10-53746
Debtor

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the Order Confirming was mailed on 2/8/2011 to the persons indicated either by mail or electronically.

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY  40588-2204


Christy Dawn Curd                                    CAYTON, LESLEY A.
3304 Dorchester Place                                P O BOX 1488
Lexington, KY  40503                                 GEORGETOWN , KY  40324
                                                     * Served Electronically *


HSBC BANK NEVADA N A
% BASS & ASSOCIATES P C
3936 E FORT LOWELL RD, STE 200
TUCSON, AZ  85712